DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLES D. COMBS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1257

_____

December 12, 2025

Appeal from the Circuit Court for Hillsborough County; Philip J. Federico, Judge.

Blair Allen, Public Defender, and Anthony W. Surber, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and VILLANTI and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.